AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) |
| Dante Pulliam | ) Case No. 2:19mj291 |
|  | ) JKB-19-0247 |
| Defendant | ) |

FILED
MAY 28 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

2019 MAY 14 AM 11:45

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Dante Pulliam**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Transferring a Firearm to an Out-of-State Resident, Sale of Firearms to a Prohibited Person

Date: 05/14/2019

*Issuing officer's signature*

City and state: Baltimore, Maryland

J. Mark Coulson, U.S Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/14/2019, and the person was arrested on *(date)* 5/28/2019
at *(city and state)* Baltimore, MD.

Date: 5/28/2019

*Arresting officer's signature*

Alfred L. Johnson
*Printed name and title*